**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALEX RAY COTA, | ) | No. CV 12-7745-JVS(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| LINDA SANDERS, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: April 10, 2013

_____
JAMES V. SELNA
United States District Judge